WRIGHT, FINLAY & ZAK, LLP
Kristina M. Pelletier, Esq., SBN 279533
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
kpelletier@wrightlegal.net

Attorneys for Defendant,
FAY SERVICING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOMBARD FLATS LLC;<br>NEW OWNERS GROUP LLC,<br><br>　　　　　　　　　Plaintiffs,<br>　　vs.<br>JP MORGAN CHASE BANK N.A.;<br>FAY SERVICING LLC, and DOES 1-100,<br>Inclusive,<br><br>　　　　　　　　　Defendants. | Case No.:  3:22-CV-05686-LB<br><br>*Assigned to the Hon. Laurel Beeler*<br><br><br>**NOTICE OF INTERESTED PARTIES**<br><br><br>Complaint filed:   August 30, 2022<br>Action Removed: October 3, 2022 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR COUNSEL OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure, Rule 7.1 (a) and Northern District Local Rule 3-15, the undersigned counsel of record for Defendant FAY SERVICING, LLC ("Fay") certifies that the following listed parties may have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

**FAY SERVICING, LLC** is a single member LLC and wholly owned by Fay Management, LLC, its single member. Fay Management, LLC is a Delaware LLC. No publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: March 3, 2023               By:    /s/*Kristina M. Pelletier*
                                          Kristina M. Pelletier, Esq.
                                          Attorneys for Defendant,
                                          FAY SERVICING, LLC

**PROOF OF SERVICE**

I, Iryna Brown, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On March 3, 2023, I served the within **NOTICE OF INTERESTED PARTIES**

on all interested parties in this action as follows:

[ ]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s)   addressed as follows:

Dennis Rasmussen, Esq.
Law Offices of Dennis Rasmussen
680 E. Colorado Blvd. Suite 180, 2nd Floor
Pasadena, CA  91101
Phone: (626) 412-4055
Email: dennisrasmussen@realestatelawcenter.org
[Attorney for Plaintiff LOMBARD FLATS LLC;  NEW OWNERS GROUP LLC]

[ ]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[X]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E).  A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of

Executed on March 3, 2023, at Newport Beach, California.

_____
Iryna Brown