**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiffs LOMBARD FLATS, LLC;
NEW OWNERS GROUP, LLC; and, MARTIN ENG LEE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOMBARD FLATS, LLC;<br>NEW OWNERS GROUP, LLC; and<br>MARTIN ENG;<br><br>    Plaintiffs,<br><br> vs.<br><br>JP MORGAN CHASE BANK, N.A.<br>FAY SERVICING, LLC and DOES<br>1-100, Inclusive<br><br>    Defendant(s). | Case Number: 3:22-cv-05686-LB<br><br>**PLAINTIFFS' DEMAND FOR JURY TRIAL**<br><br><u>Case Management Conference</u><br>Date:   March 21, 2024<br>Time:   11:00 A.M. PT<br>Dep't:  Remote<br><br>ACTION FILED:   8/30/2022<br>REMOVED:        10/3/2022<br>FAC FILED:      4/28/2023<br>SAC FILED:      8/7/2023 |

**PLEASE TAKE NOTICE** that PLAINTIFFS demand a **jury trial** pursuant to the local rules, Federal *Rules of Civil Procedure*, and California *Code, Code of Civil Procedure* sections 631(b), and 631.3 on the under-signed date via announcement on January 21, 2024, prior to the case management conference.

**DATED: January 21, 2024**          **LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath,
Counsel for Plaintiffs LOMBARD
FLATS, LLC, NEW OWNERS
GROUP, LLC and MARTIN ENG LEE