**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiffs LOMBARD FLATS, LLC;
NEW OWNERS GROUP, LLC; and, MARTIN LEE ENG

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LOMBARD FLATS, LLC; NEW OWNERS GROUP, LLC; and MARTIN ENG; | ) ) ) Case Number: 3:22-cv-05686-LB |
| | ) **PLAINTIFFS' NOTICE TO COURT** |
| | ) *RE* **ECF DOCKET NO. 88 AND 89** |
| | ) |
| Plaintiffs, | ) |
| | ) Case Management Conference |
| vs. | ) Date:  March 21, 2024 |
| | ) Time:  11:00 A.M. PT |
| JP MORGAN CHASE BANK, N.A. | ) Dep't:  Remote |
| FAY SERVICING, LLC and DOES | ) |
| 1-100, Inclusive | ) ACTION FILED:  8/30/2022 |
| | ) REMOVED:       10/3/2022 |
| Defendant(s). | ) FAC FILED:      4/28/2023 |
| | ) SAC FILED:      8/7/2023 |
| | ) |
| | ) |



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that PLAINTIFFS MARTIN LEE ENG ET AL OBJECT to JUDGE LAUREL BEELER's characterization of the prior White attorneys' prejudicial and racial omissions in this case.

JUDGE LAUREL BEELER is attempting to justify the actions of the prior lethargic and incompetent White attorneys as "STRATEGIC." [ ECF Dkt. 88, 89.] However, that is JUDGE BEELER's bias toward favoring White attorneys against immigrants, such as PLAINTIFF MARTIN LEE ENG and his undersigned counsel.

Failure of the prior White attorneys in not including an express jury demand for trial is not strategic. It is a lack of zealousness in the best interest of the clients. "Dismissing with prejudice," a key, material Defendant J.P. MORGAN CHASE BANK N.A. is part of that vile racism and is prejudicial to PLAINTIFFS. JUDGE LAUREL BEELER should not bolster such attorneys' omissions and prejudice toward Asian-American immigrants, such as PLAINTIFF MARTIN LEE ENG.

According to PLAINTIFF MARTIN LEE ENG, the prior attorneys "messed him up." PLAINTIFF MARTIN LEE ENG waived his attorney-client privilege to inform the Court of this statement. MR. ENG will file a STATE BAR complaint.

**"Shapero or Gluck or Rasmussen; or all them messed me up.**
**They sort of sold me out or trade me out for their better clients, horse**
**trade since they deal with each other on quite a few cases"**

An attorney's refusal to sign a substitution of attorney form should be reprimanded, and not "granted," because she is a White, Female and so is JUDGE



LAUREL BEELER. An attorney's last-minute substitution less than a month before a trustee sale scheduled on February 07, 2024 is prejudicial to the Plaintiffs.

Now, RESHMA KAMATH, an Indian-American counsel, has to clean up the mess created in this case by the Plaintiffs' prior attorneys that JUDGE BEELER calls "strategic."

There is no way any person of color in America would want a White judge to rule on his case from the bench.

Plaintiffs' demand for a jury trial was made pursuant to Code.

**DATED: January 21, 2024**          **LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath,
Counsel for Plaintiffs LOMBARD
FLATS, LLC, NEW OWNERS
GROUP, LLC and MARTIN LEE ENG

RESHMA KAMATH

1

## **PROOF OF SERVICE**

2

F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

3

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, and my e-mail address is

4

reshmakamath2021@gmail.com for electronic-service. On January 21, 2024, I served the following document(s) on: SEE ATTACHED SERVICE LIST.

5

**PLAINTIFFS' NOTICE TO COURT *RE* ECF DOCKET**

6

**NO. 88 AND 89**

7

**VIA ELECTRONIC SERVICE**: In electronically transmitting courtesy

8

copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported

9

as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein.

10

I declare under penalty of perjury under the laws of the State of California and

11

the United States of America that the foregoing is true and correct. Executed on January 21, 2024.

12

*/S/ Reshma Kamath*,

13

RESHMA KAMATH

14

15

16

17

18

19

20

1 | **<u>SERVICE LIST</u>**

2 | MARTIN LEE ENG

3 | 949, 951, 953 LOMBARD STREET,

SAN FRANCISCO, CA 94133

4 |

5 | SHAWNA LUI-HARDESTY, O/B/O CALEB HARDESTY

4808 REGALO BELLO ST.,

6 | LAS VEGAS, NV, 89135

7 | John Douglas Freed
Davis Wright Tremaine LLP
8 | 50 California Street
Ste 23 Floor
9 | San Francisco, CA 94111
415-276-6500
10 | Fax: 415-276-6599
Email: jakefreed@dwt.com
11 | Defendant JP Morgan Chase Bank N.A.

12 | Brittni A. Hamilton
Davis Wright Tremaine LLP
13 | 505 Montgomery Street, Suite 800
San Francisco, CA 94111
14 | (415) 276-6500
Fax: (415) 276-6599
Email: brittnihamilton@dwt.com
15 |

16 | Kristina Marie Pelletier
Wright, Finlay and Zak, LLP
17 | 4665 MacArthur Court
Suite 280
18 | Newport Beach, CA 92660
949-477-5050
19 | Fax: 949-608-9142
Email: kpelletier@wrightlegal.net

20 |



1   ATTORNEY TO BE NOTICED
    Defendant Fay Servicing LLC
2   a Delaware limited liability company

3   Kristina Marie Pelletier
    (See above for address)
4   ATTORNEY TO BE NOTICED
    Defendant U.S. Bank Trust National Association
5   not in its individual capacity but solely as Owner Trustee for VRMTG ASSET
    TRUST; Defendant VRMTG Asset Trust a Delaware statutory trust.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

