**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiffs LOMBARD FLATS, LLC;
NEW OWNERS GROUP, LLC; and, MARTIN LEE ENG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOMBARD FLATS, LLC; NEW OWNERS GROUP, LLC; and MARTIN ENG; <br><br> Plaintiffs, <br><br> vs. <br><br> JP MORGAN CHASE BANK, N.A. FAY SERVICING, LLC and DOES 1-100, Inclusive <br><br> Defendant(s). | Case Number: 3:22-cv-05686-LB <br> **PLAINTIFFS' REPLY TO ECF 92 PER THE SEVENTH AMENDMENT OF THE UNITED STATES CONSTITUTION AND FED. RUL. CIV. PROC. R. 38** <br><br> <u>Case Management Conference</u> <br> Date:   March 21, 2024 <br> Time:  11:00 A.M. PT <br> Dep't:  Remote <br><br> ACTION FILED:  8/30/2022 <br> REMOVED:       10/3/2022 <br> FAC FILED:        4/28/2023 <br> SAC FILED:        8/7/2023 |



PLAINTIFFS appreciate the opportunity from the court to meet-and-confer with the opposing parties. Plaintiffs will abide by the court's instructions to rectify the prior attorneys' grave errors.

PLAINTIFFS would like to inform the court that the jury trial demand as of the undersigned date is timely pursuant to Fed. Rul. Civ. Proc. Rule 38.

Rule 38. Right to a Jury Trial; Demand
Primary tabs
(a) Right Preserved. The right of trial by jury as declared by the Seventh Amendment to the Constitution—or as provided by a federal statute—is preserved to the parties inviolate.

(b) Demand. On any issue triable of right by a jury, a party may demand a jury trial by:

(1) serving the other parties with a written demand—which may be included in a pleading—no later than 14 days after the last pleading directed to the issue is served; and

(2) filing the demand in accordance with Rule 5(d).

(c) Specifying Issues. In its demand, a party may specify the issues that it wishes to have tried by a jury; otherwise, it is considered to have demanded a jury trial on all the issues so triable. If the party has demanded a jury trial on only some issues, any other party may—within 14 days after being served with the demand or within a shorter time ordered by the court—serve a demand for a jury trial on any other or all factual issues triable by jury.

(d) Waiver; Withdrawal. A party waives a jury trial unless its demand is properly served and filed. A proper demand may be withdrawn only if the parties consent.

(e) Admiralty and Maritime Claims. These rules do not create a right to a jury trial on issues in a claim that is an admiralty or maritime claim under Rule 9(h).

RESHMA KAMATH

PLAINTIFFS have made a written demand for a jury trial prior to the "last pleading" on the "remaining issue"(s). (Fed. Rul. Civ. Proc. R. 37(b)(1) and (c).)

PLAINTIFFS have properly demanded, served, and filed the written demand upon all parties via their attorneys. "no later than 14 days after the last pleading directed to the issue is served." Fed. Rul. Civ. Proc. R. 37(b)(1).) Thus, PLAINTIFFS do not waive their right to a jury trial, if required.

**DATED: January 21, 2024**            **LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath,
Counsel for Plaintiffs LOMBARD FLATS, LLC, NEW OWNERS GROUP, LLC and MARTIN LEE ENG

# PROOF OF SERVICE

F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, and my e-mail address is reshmakamath2021@gmail.com for electronic-service. On January 21, 2024, I served the following document(s) on: SEE ATTACHED SERVICE LIST.

**PLAINTIFFS' REPLY TO ECF 92 PER THE SEVENTH AMENDMENT OF THE UNITED STATES CONSTITUTION AND FED. RUL. CIV. PROC. R. 38**

**VIA ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on January 21, 2024.

*/S/ Reshma Kamath*,
RESHMA KAMATH



Case 3:22-cv-05686-LB   Document 93   Filed 01/21/24   Page 5 of 6

1  **SERVICE LIST**

2  MARTIN LEE ENG

3  949, 951, 953 LOMBARD STREET,

   SAN FRANCISCO, CA 94133

4

5  SHAWNA LUI-HARDESTY, O/B/O CALEB HARDESTY

   4808 REGALO BELLO ST.,

6  LAS VEGAS, NV, 89135

7  John Douglas Freed
   Davis Wright Tremaine LLP
8  50 California Street
   Ste 23 Floor
9  San Francisco, CA 94111
   415-276-6500
10 Fax: 415-276-6599
   Email: jakefreed@dwt.com
11 Defendant JP Morgan Chase Bank N.A.

12 Brittni A. Hamilton
   Davis Wright Tremaine LLP
13 505 Montgomery Street, Suite 800
   San Francisco, CA 94111
14 (415) 276-6500
   Fax: (415) 276-6599
15 Email: brittnihamilton@dwt.com

16 Kristina Marie Pelletier
   Wright, Finlay and Zak, LLP
17 4665 MacArthur Court
   Suite 280
18 Newport Beach, CA 92660
   949-477-5050
19 Fax: 949-608-9142
   Email: kpelletier@wrightlegal.net

20



| | |
|---|---|
| 1 | ATTORNEY TO BE NOTICED |
| | Defendant Fay Servicing LLC |
| 2 | a Delaware limited liability company |
| 3 | Kristina Marie Pelletier |
| | (See above for address) |
| 4 | ATTORNEY TO BE NOTICED |
| | Defendant U.S. Bank Trust National Association |
| 5 | not in its individual capacity but solely as Owner Trustee for VRMTG ASSET TRUST; Defendant VRMTG Asset Trust a Delaware statutory trust. |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |

