**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

Counsel for Plaintiffs,
LOMBARD FLATS, LLC and MARTIN ENG LEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOMBARD FLATS, LLC;<br>NEW OWNERS GROUP, LLC<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>JP MORGAN CHASE BANK, N.A.<br>FAY SERVICING, LLC and DOES<br>1-100, Inclusive<br><br>　　　　Defendant(s). | Case Number: 3:22-cv-05686-LB<br><br>**PLAINTIFFS' NOTICE OF AUTOMATIC BANKRUPTCY STAY PURSUANT TO 11 U.S.C. § 362 OF THE BANKRUPTCY CODE**<br><br>ACTION FILED:　8/30/2022<br>REMOVED:　　　10/3/2022<br>FAC FILED:　　　4/28/2023<br>SAC FILED:　　　8/7/2023 |

Page **1** of **2**

*PLEASE TAKE NOTICE* that Plaintiff LOMBARD FLATS LLC has a Chapter 11 bankruptcy pending in the CANB court, case number, 3:24-bk-30047. Plaintiffs contend this matter must be **automatically stayed** pursuant to the bankruptcy action – where this is a temporary injunction for eviction of Plaintiff Martin Eng Lee in place. *In re Schwartz* (9th Cir. 1992) 954 F.2d 569. Section 362 of the Bankruptcy Code provides for an automatic stay upon the filing of a bankruptcy petition. Section 362 provides, in pertinent part, an automatic stay, "applicable to all entities, of . . . (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title." This section prohibits even informal efforts to collect debts, such as dunning letters.

Plaintiffs also contend that the trustee sale scheduled for March 21, 2024 must be postponed until the bankruptcy stay is lifted and terminated. A trustee's sale of the residence had been noticed prior to the Chapter 11 filing but was automatically stayed by the bankruptcy filing by 11 U.S.C. § 362(a). *In re Jauregui* (Bankr. E.D. Cal. 1996) 197 B.R. 673.

**DATED: March 14, 2024**          **LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath,
Counsel for Plaintiffs LOMBARD FLATS, LLC, NEW OWNERS GROUP, LLC and MARTIN ENG LEE