**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

Counsel for Plaintiffs,
**LOMBARD FLATS, LLC and MARTIN ENG LEE**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LOMBARD FLATS, LLC;<br>NEW OWNERS GROUP, LLC<br><br>       Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.<br>FAY SERVICING, LLC and DOES<br>1-100, Inclusive<br><br>       Defendant(s). | ) Case Number: 3:22-cv-05686-LB<br>)<br>) **PLAINTIFFS' FOURTH REQUEST TO APPEAR**<br>) **REMOTELY** *RE* **SETTLEMENT**<br>) **CONFERENCE STATEMENT**<br>)<br>)<br>) Settlement Conference Statement<br>)<br>)<br>) ACTION FILED:  08/30/2022<br>) REMOVED:         10/3/2022<br>) FAC FILED:         4/28/2023<br>) SAC FILED:         8/7/2023<br>)<br>)<br>)<br>) Date: July 23, 2024, 9:30 a.m. in Courtroom C, 15th<br>) Floor, Federal Building, 450 Golden Gate Avenue, San<br>) Francisco, California 94102 |

## PLAINTIFFS' SETTLEMENT
## CONFERENCE STATEMENT

Plaintiffs have stated in the timely submitted settlement conference statement that the parties' appearance should be virtual. This is because the court, for some reason, has allowed Defendants Fay's PMK to appear remotely. This is very burdensome for Plaintiffs and Plaintiffs' counsel to appear in-person, while Defendant Fay's PMK gets to appear remotely. There is no reasonable excuse why the PMK for defendants must not be mandated to be there in-person.

Also, Plaintiffs' counsel feels a security threat to be in the CAND courtrooms in-person. Plaintiffs' counsel does not feel safe to attend an in-person hearing in the CAND Phillip Burton building, or in the vicinity of that building. Let the thousands of people walk-in-and-out of that building, but Plaintiff's counsel - after certain incidents - does not feel that the settlement conference needs to be in-person on July 23, 2024. This can completely be done remotely.

Further, Plaintiffs' counsel has other reasons - such as spending over $170 on Uber to go back-and-forth for a settlement conference that will only be futile based on Defendant Fay's recalcitrance.

Additionally, the same standard needs to be set for all parties and its counsel. If one party gets to appear remotely, then all should be allowed -when requested over and over again/ Rather than ignored , this must be implemented. Plaintiffs' counsel particularly does not trust the U.S. courts, its judges, its sheriffs, and the security in front of the CAND whatsoever. Anytime the American racists and misogynists can show their true colors doing whatever they want.

Thus, Plaintiffs and Plaintiffs' counsel requests that the July 23, 2024 be organized virtually, and it is highly unlikely Plaintiffs' counsel will attend in-person if permission is not granted. Probably will send a special appearance attorney, which will not be helpful in meaningful resolution of Plainitffs' situation - all because the courts will allow one party to appear remotely and the other moving party to not.

DATED: JULY 21, 2024               LAW OFFICE OF RESHMA KAMATH

*/S/ Reshma Kamath*

RESHMA KAMATH, Counsel, Plaintiffs ENG, LOMBARD FLATS LLC, and NEW OWNERS GROUP LLC.