UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOMBARD FLATS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FAY SERVICING LLC, et al.,<br><br>Defendants. | Case No.  22-cv-05686-LB   (SK)<br><br>**ORDER DENYING PLAINTIFFS' REQUEST TO APPEAR REMOTELY AT SETTLEMENT CONFERENCE** |

Before the Court is Plaintiffs' notice and request for Plaintiffs and Plaintiffs' counsel to appear remotely at the settlement conference scheduled for tomorrow.  (Dkt. No. 119.)  Plaintiffs have not provided good cause, and therefore, the Court denies the request.  Plaintiffs and Plaintiffs' counsel shall attend the settlement conference, in person, scheduled for July 23, 2024, at 9:30 a.m., in Courtroom C – 15th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

**IT IS SO ORDERED**.

Dated: July 22, 2024

_____
SALLIE KIM
United States Magistrate Judge