

*Via ECF electronic delivery* only

**DATED: JULY 22, 2024**
**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com  |

   RE: **MARTIN ENG LEE'S SETTLEMENT CONFERENCE DATED JULY 23, 2024, 3:22-cv-05686-LB Lombard Flats LLC et al v. JP Morgan Chase Bank N.A. et al.,**

  To: JUDGE SALLIE KIM

  Honorable Judge:

  I will <u>only</u> appear remotely tomorrow for the settlement conference on July 23, 2024.  I have reviewed your denial of my request today - while you continue to promote White litigants and White attorneys  - as I have prior informed you in detail via e-mail. I have had many bosses with last name 'Kim' and I know this attitude from you very well. Your racism and abuse is pretty clear and visible to me.

  If Defendant Fay, that Kristin Pelletier represents, can appear remotely, I'll also appear remotely.

  If you want me to appear in-person, make sure Kristin Pelletier's client, Defendant Fay's PMK appears in-person, too.

  I'll log in via the remote appearance link on your webpage. If you want to call off the settlement conference based on this, please do so. It seemsm futile. Particularly because there is an Opposition to MSJ due today. It will provide me more time to work on substantive matters. Thank you.

*Sincerely,*

*Reshma Kamath*

***Reshma Kamath,***
***Counsel.***