

*Via ECF electronic delivery* only

**DATED: JULY 22, 2024**
**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com  |

       *RE:   MARTIN ENG LEE'S SETTLEMENT CONFERENCE DATED JULY 23, 2024, 3:22-cv-05686-LB Lombard Flats LLC et al v. JP Morgan Chase Bank N.A. et al.,*

    **To: JUDGE SALLIE KIM**

    **Honorable Judge:**

    **Not last minute request at all. Since May 2024, and then again, on July 08, 2024 requests to appear in-person or remotely for ALL PARTIES were made. EXHIBIT A.**

    **Please adhere to the law when you all pretend to be judges trying to follow the law - but daily violate and act in contravention of laws.**

*Sincerely,*

*Reshma Kamath*

**Reshma Kamath,**
**Counsel.**

# EXHIBIT A

**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

Counsel for Plaintiffs,
**LOMBARD FLATS, LLC and MARTIN ENG LEE**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LOMBARD FLATS, LLC; <br> NEW OWNERS GROUP, LLC <br><br>         Plaintiffs, <br><br> vs. <br><br> JP MORGAN CHASE BANK, N.A. <br> FAY SERVICING, LLC and DOES <br> 1-100, Inclusive <br><br>         Defendant(s). | ) Case Number: 3:22-cv-05686-LB <br> ) <br> )**PLAINTIFFS' SETTLEMENT** <br> )**CONFERENCE STATEMENT** <br> ) <br> ) <br> ) Settlement Conference Statement <br> ) Date:  July 23, 2024, 9:30 a.m. in Courtroom C, 15th <br> ) Floor, Federal Building, 450 Golden Gate Avenue, San <br> ) Francisco, California 94102 <br> )  ACTION FILED:  08/30/2022 <br> )  REMOVED:         10/3/2022 <br> )  FAC FILED:          4/28/2023 <br> )  SAC FILED:          8/7/2023 <br> ) <br> ) |

-DAMAGES include attorneys' fees and reasonable costs of prosecuting this case, unreasonable terms.

7. The party's position on settlement, including present demands and offers and a history of past settlement discussions.

Plaintiffs' undersigned counsel RESHMA KAMATH has repeatedly made significant efforts to seek afore-stated settlement terms and negotiations, but Defendants' attorney KRISTINA PELLETIER reneges and doesn't engage in productive settlement dialogue.

APPEARANCE:

Plaintiffs and Plaintiffs' counsel requests that if Defendant Fay's agent gets to appear remotely, then all parties and counsel must appear virtually. Otherwise, since this is a mandatory settlement conference to be in-person, Defendant Fay's PMK must be appear in-person to have any reasonable settlement opportunity between parties.

**LAW OFFICE OF RESHMA KAMATH**

**DATED: JULY 08, 2024**

*/S/ Reshma Kamath*

Reshma Kamath,
Counsel, Plaintiffs ENG and NEW OWNERS
GROUP LLC.

4

 Gmail

**Reshma Kamath <reshmakamath2021@gmail.com>**

---

## PLAINTIFFS MARTIN ENG LEE & LOMBARD FLATS LLC'S SETTLEMENT CONFERENCE STATEMENT
2 messages

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                                    Mon, Jul 8, 2024 at 4:38 PM
To: SKSettlement@cand.uscourts.gov
Bcc: ABC XYZ <eagle5555@live.com>

Case 3:22-cv-05686-LB Lombard Flats LLC et al v. JP Morgan Chase Bank N.A. et al

Plaintiffs will serve defendants and lodge a physical copy tomorrow fourteen calendar days in advance three-hole punched on the left-side.

Plaintiffs have made a request that all Defendants with PMK appear in-person, or all parties have leave to appear virtually. Only Defendants' PMK remotely is not advisable to have a meaningful resolution discussion.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address:  Law Office of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone:   650 257 0719 | E-mail:   reshmakamath2021@gmail.com  |

LinkedIn: www.linkedin.com/in/globalcitizenwithjd/ |

Website:  www.myinstalawyer.com |

  


Selected to Rising Stars: 2023


2024

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

📄 **FINAL-MARTIN ENGSETTLEMENTCONFERENCE STATEMENT.pdf**
12140K

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                    Mon, Jul 8, 2024 at 4:51 PM
To: SKSettlement@cand.uscourts.gov
Bcc: ABC XYZ <eagle5555@live.com>

Please ignore prior attachment. Attached is the Plaintiffs' Settlement Conference Statement.


Sincerely,


*Reshma Kamath*


# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address:   Law Office of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone:    650 257 0719 | E-mail:    reshmakamath2021@gmail.com  |

LinkedIn:  www.linkedin.com/in/globalcitizenwithjd/  |

Website:  www.myinstalawyer.com  |







*Selected to Rising Stars: 2023*



2024

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

[Quoted text hidden]

---

**FINAL-MARTIN ENGSETTLEMENTCONFERENCE STATEMENT.pdf**
12288K