**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

Counsel for Plaintiffs,
**LOMBARD FLATS, LLC, NEW OWNER'S GROUP, LLC and MARTIN ENG LEE**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOMBARD FLATS, LLC; NEW OWNERS GROUP, LLC; MARTIN ENG LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A. FAY SERVICING, LLC and DOES 1-10, Inclusive,<br><br>Defendant(s). | Case Number: 3:22-cv-05686-LB<br><br>**PLAINTIFF MARTIN LEE ENG'S DECLARATION AGAINST THE DECLARATION OF JANET GIOLLO FOR DEFENDANT FAY SERVICING INC. AND IN OPPOSITION TO THE NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND/OR IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION ON ANY AND ALL CLAIMS IN COMPLAINT; MEMORANDUM OF POINTS & AUTHORITIES**<br><br>Date: August 15, 2024.<br><br>ACTION FILED: 08/30/2022<br>REMOVED:    10/3/2022<br>FAC FILED:    4/28/2023<br>SAC FILED:    8/7/2023 |

# DECLARATION OF PLAINTIFF MARTIN LEE ENG IN OPPOSITION TO DEFENDANT FAY SERVICING, INC.'S MOTION FOR SUMMARY JUDGMENT.

I, PLAINTIFF MARTIN LEE ENG, declare that:

1. I am Plaintiff in this afore-captioned matter, and the agent in this case only for the LLC-Plaintiffs. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify hereto. I'm writing this declaration in support of the motion to set aside default to be heard shortly before the above-entitled court. My name is stated as 'MARTIN ENG' in this case.

2. I am over seventy-years-old (70-y-o) and very sick these days. I have a 98-year-old mother with Alzheimers, and Dementia who is also bed-ridden. I am her care-taker and power-of-attorney. I am writing this declaration against and in opposition to Defendant Fay Servicing, Inc.'s Motion for Summary Judgment (MSJ).

3. My counsel, Reshma Kamath has helped me understand that I was deeply prejudiced in the state court system, and continue to be prejudiced in the federal courts where prior attorneys did not write simple words such as "demand for jury trial" on the caption page of a complaint. I may sue them. Further, I was born in Hong Kong, and my English ability is limited – but I was almost never afforded a translator in the courts when I had testified under oath. Even my signatures were forged and I finally have proof from a forensic analyst. I had several terrible attorneys – but finally, a zealous one in this afore-captioned case.

1

4. Pertaining to Defendant Fay, I had made several loan modification requests and payoff demands both to Defendant Chase and then to Defendant Fay. All my phone calls and effort were futile.

5. Defendant Fay's Loan Modification department and Customer service would answer the phone, transfer me and then be non-responsive. I submitted atleast three applications for loan modification and mitigation with Defendant Fay. Nothing – not even a calculations worksheet was sent to me.

6. Same thing with Defendant Fay's attorney, Kristina Pelletier, Esq..

7. I sent so many e-mails for loan modification requests. I even sought permission to directly communicate with Defendant Fay's attorney so I could as a former real-estate broker communicate the numbers directly. But nothing from Defendant Fay.

8. I even sent e-mails about loan re-instatement and maturity.

9. For loan modifications, there was recalcitrance from Defendant Fay's attorney and Defendant Fay.

10. For loan reinstatement and maturity, there was always pushback that the loan sum was past due. It never got re-instated.

11. My counsel, Reshma Kamath, also met-and-conferred with Defendant Fay's attorney, but there was the same response.

12. Until today, the documents that Defendant Fay and the PMK produced cannot be trusted. They're untrustworthy documents that they produced to me during discovery and my answer was "cannot admit genuineness of documents."

2
DECLARATION OF MARTIN LEE ENG.

13. Today, my counsel, Reshma Kamath, has properly produced and served Objections to Defendant FAY's PMK's declaration filled with perjurious and impeachable statements. I have personal knowledge that those statements in Defendant Fay's PMK declaration did not occur.

14. This MSJ is only an attempt from Defendant Fay and its attorney, Kristin Pelletier, to gain an upper-hand in getting dismissed – similar to Defendant Chase.

15. Defendant Fay admits that U.S. National Bank Trust Association is the loan holder. Then, if Defendant Fay transferred to a new entity, maybe Defendant U.S. National Bank will be the co-defendant.

16. My counsel, Reshma Kamath, wrote this declaration based upon gathering information from me.

17. There is a genuine issue of credible material fact and the disputed facts are in the complaint – where I was a victim of predatory lending practices.

18. Based on the objections, this declaration and the opposition, I request the Defendant Fay Servicing, Inc.'s MSJ be DENIED in the entirety. In the alternative, Defendant Fay Servicing, Inc.'s MSJ be DENIED partially per the court's discretion.

19. If the loan doesn't get re-instated, I want a bench trial on this matter – because I was denied the jury trial right.

///

I declare under penalty of perjury under the laws of State of California and the

3
DECLARATION OF MARTIN LEE ENG.

1  United States of California that the foregoing is true and correct. Executed in San

2  Francisco, California.

3

4  ///

5  **DATED: July 22, 2024**			**MARTIN ENG LEE**

6

7  						*/S/ Martin Eng Lee*

8						MARTIN ENG LEE, Plaintiff, individually,

9						and on behalf of the LLC-Plaintiffs.