

*Via ECF electronic delivery* only

**DATED: JULY 23, 2024**
**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 | E-mail: reshmakamath2021@gmail.com |

*RE:   FURTHER LETTER - MARTIN ENG LEE'S SETTLEMENT CONFERENCE DATED JULY 23, 2024, 3:22-cv-05686-LB Lombard Flats LLC et al v. JP Morgan Chase Bank N.A. et al.,*

**To: JUDGE SALLIE KIM**

**Honorable Judge:**

I had logged-in remotely starting 8:30 A.M. PT via the non-public settlement conference link on your webpage. There was no check-in when I was writing this even at 09:30 A.M. PT.

Now, <u>Defendant Fay</u> that has multi-million dollar industry has <u>reneged</u> from spending $500 to take a flight from the East Coast to California.

Where, I would be forced to expend over $200 in just taking an Uber to the courthouse exclusive of all other costs.

Since this is a discretionary rule, not a law, you should have ensured Defendant Fay would have had a representative there in-person today. Since you did not, I have logged in via the virtual link.

Another issue more salient for the courts to know how judges and clerks even in America abuse the court system. Yesterday, an occurrence happened that was very reminiscent of some 1950s courtroom drama. Interestingly, such things occur in 2024 America all the time. Yet, I pre-empted it.

Yesterday, after I put in my request to appear remotely, Judge Sallie Kim's chambers e-mailed saying they did not receive the three-hole punched statement from Plaintiff. I had known prior something like this would occur because this is an everyday reality of modern-day America. The way I pre-empted this was in, prior informing my client whom I had informed to physically lodge the papers timely, to take plenty

Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
(650)-257-0719; reshmakamath2021@gmail.com

1

of pictures of the actual drop-off and lodging. My reply to the Judge's chambers was that we have "pictoral proof." Had I not done told my client to take those pictures, today, Judge Sallie Kim's chambers would have falsely ruled that they did not receive the papers. In fact, three statements were timely physically lodged. This is nothing less than the abuse that many people-of-color attorneys underwent in the bygone eras of the California courts. Imagine if a liberal courthouse is like this how the South and related courts are in the United States.

Finally, I, having spent over six years in South Korea, know the culture of Korean-Americans and Koreans very well. Rarely ever in a higher institutions of education, such as Seoul National University (where I graduated with high honors and the best Thesis award) did I feel any bias or prejudice. Yet, in California courts, the racism is so stark and add to it the misogyny that I see everyday. Judges want you to file motions and do work - just to harass you and then deny it. Outside of academia, the regular Korean culture does give in to White culture more. Judge Kim may have gotten favors to get to her position of power and authority.

This morning, Defendant Fay's Mr. Rose appeared remotely. This seems okay for Judge Sallie Kim. However, Plaintiffs' counsel, Reshma Kamath appearing remotely is a "violation of the court order" for Judge Kim.

Today, also after logging in from 08:30 A.M. PT, the judge initially ended the meeting. After this, I logged in again and this time I was let in where "Mr. Rose" from "Defendant Fay" was waiting remotely, too. No repercussions for him from Judge Kim. **Interestingly, I had requested the settlement conference for my clients, i.e., Plaintiffs**, and Judge Kim has to demonstrate the unchecked power-trip as many judges do.

The courts are trying to find bias and prejudice – they have pages of ethical guidelines – but all these small micro-aggressions are all racism. This starts right in law school and continues. This could be a reality of the America we live in now: taking good law-abiding people and making them criminals – American courts are well-known for doing this to millions of non-Whites. As I had informed my client, I am not paying any racist sanctions. As America is, they have to see a Male or White person next to a female-of-color attorney to be taken seriously. Lot of RACISM in this country.

*Sincerely,*

*Reshma Kamath*

*Reshma Kamath,*
*Counsel.*