UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOMBARD FLATS LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FAY SERVICING LLC, et al.,<br><br>    Defendants. | Case No. 22-cv-05686-LB  (SK)<br><br>**ORDER TO SHOW CAUSE** |

This matter was referred to the undersigned for settlement. On May 8, 2024, the Court held a settlement scheduling conference where the Court allowed Defendants' client representative to appear virtually. (Dkt. No. 111.) Subsequently, the Court held another scheduling conference and scheduled the settlement conference for July 23, 2024, at 9:30 a.m. (Dkt. No. 115.) The Court then issued its standard notice of settlement conference and settlement conference order, which notified Plaintiff and Plaintiff's counsel Reshma Kamath that they were expected to appear in person at the settlement conference. (Dkt. No. 116.)

On July 21, 2024, Kamath filed "Notice Plaintiffs' Fourth Request to Appear Remotely Re Settlement Conference Statement." (Dkt. No. 119.) The Court found Kamath's reasons for seeking to attend the settlement conference virtually did not demonstrate good cause and denied her request. (Dkt. No. 120.) The Court then explicitly ordered Kamath to attend the settlement conference in person. (*Id*.)

On July 23, 2024, the Court held the settlement conference, and while Plaintiff appeared in person, Kamath did not. Instead, Kamath utilized the Court's non-public Zoom conference room. The Court did not authorize that appearance.

In light of the foregoing, Kamath is HEREBY ORDERED TO SHOW CAUSE in writing by no later than July 31, 2024, why the Court should not impose a sanction of $1,000 against

Kamath individually for her blatant violation of this Court's order.

**IT IS SO ORDERED**.

Dated: July 24, 2024

_____
SALLIE KIM
United States Magistrate Judge