

*Via ECF electronic delivery* only

**DATED: JULY 24, 2024**
**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 | E-mail: reshmakamath2021@gmail.com |

*RE: FURTHER LETTER OF JULY 24, 2024 - MARTIN ENG LEE'S SETTLEMENT CONFERENCE DATED JULY 23, 2024, 3:22-cv-05686-LB Lombard Flats LLC et al v. JP Morgan Chase Bank N.A. et al.,*

To: JUDGE SALLIE KIM

Honorable Judge:

My Reply (dated July 23, 2024, ECF 127) to the OSC that you set today July 24, 2024, was properly filed yesterday. Please re-read to understand my points, including not paying any racist sanctions.

I have some further comments regarding your continued racism in referring me to the professional conduct. As the title states, my conduct was VERY PROFESSIONAL.

What jealousy is creeping into the racist CAND judges only time will tell.

Since you were prancing around the halls of the CAND, without trying to settle the matter for Plaintiff Eng – when the matter was very close to settling, shows you don't care about wanting to settle.

This kind of Korean Ajumma behavior of manipulativeness is etched in your culture.

I also want to inform the CAND and California courts that constantly hiring light-skinned judges from every culture shows your debilitating downward spiral tinto an abysmal nothingness. There is not even one person in the entire CAND courts who had lived the life of a non-light-skinned individual. The courts may say they have an African-American magistrate judge – but in her culture, she is light-skinned, too.

**Such delusional judges may think why does this matter – we rule on the merits. But no, it matters. Light-skinned people think alike – they're known to look down upon people who're not – in most cultures this is true. You associate racist norms with people who're not light-skinned. Unless, there is a highly misogynistic culture, like our trashy Indian modern Indian culture, then all colors can inflict misogyny openly.**

**You see the two clerks you had in the MSC. *One*, you Judge Kim failed to ask our consent to include any third parties in a highly confidential settlement conference. I was shocked to see two clerks sitting there. *Two*, it seems Sallie Kim has hired a light-skinned clerk (privileged probably talks about her father all the time like Judge Gonzalez must have done to woo the White people, Judge Van Kalen and Judge Kim did, too – all male-privileged women), and a South-Asian Male clerk (highly and extremely privileged in South-Asian culture treated like mini-Gods).**

**You CAND are promoting colorism, misogyny, racism, and a slew of utter non-secial isms – while you fail to address such behaviors – on a daily basis. Watch the courts get into a strange rut of nothingness.**

**Remember, people who hire people they like are only promoting the same racist, colorist, and misogynistic behavior of the courtrooms from the 1950s, 60s, 70s, 80s, 90s, into the year 2024.**

**Courts are supposed to be a step ahead of society. Courts are supposed to set the scene for generations of the future. Courts are supposed to educate the uneducated, poor of the society into how civilized society must be. Courts are supposed to help women.**

**But the courts in America do the opposite- you do NOTHING.**

**All the judges have written referring RESHMA KAMATH to committee of PROFESSIONAL CONDUCT. Yes, RESHMA KAMATH's CONDUCT is PROFESSIONAL.**

**Why don't judges learn to be professional?**

*Sincerely,*

*Reshma Kamath*

*Reshma Kamath,*
*Counsel.*