WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Kristina M. Pelletier, Esq., SBN 279533
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
kpelletier@wrightlegal.net

Attorneys for Defendant,
FAY SERVICING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ENG, LOMBARD FLATS LLC; et al,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FAY SERVICING LLC, a Delaware limited liability company; U.S. BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity but solely as Owner Trustee for VRMTG ASSET TRUST; and VRMTG ASSET TRUST, a Delaware statutory trust,<br><br>        Defendants. | Case No.: 3:22-CV-05686-LB<br><br>*Assigned to the Hon. Laurel Beeler*<br><br>**NOTICE OF SETTLEMENT CONFERENCE UPDATE TO COURT**<br><br>Complaint filed:    August 30, 2022<br>FAC filed:           April 28, 2023<br>SAC filed:           August 7, 2023<br>Action Removed:     October 3, 2022<br>Trial Date:          February 10, 2025 |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

Defendant FAY SERVICING, LLC ("Fay") hereby submits this update to the Court regarding the Settlement Conference held on July 23, 2024, before the Honorable Sallie Kim.

On July 23, 2024, the parties and their counsel participated in the Mandatory Settlement Conference with Judge Kim. No settlement could be reached.

Fay's Counsel attempted to work with counsel for Plaintiffs to submit a Joint Statement as requested by the Court on July 1, 2024, but Plaintiffs' counsel refused to participate. Thus, Fay submits this Statement on its own.

Respectfully Submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: July 24, 2024          By:    /s/*Kristina M. Pelletier*
                                     Kristina M. Pelletier, Esq.
                                     Attorneys for Defendant,
                                     FAY SERVICING, LLC

**PROOF OF SERVICE**

I, Iryna Brown, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On July 24, 2024, I served the within **NOTICE OF SETTLEMENT CONFERENCE UPDATE TO COURT** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s)   addressed as follows:

Reshma Kamath , Esq.
333800 Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084
Menlo Park, CA 94025,
Tel: 650 257 0719
E-mail: reshmakamath2021@gmail.com
[Attorneys for Plaintiffs MARTIN ENG, LOMBARD FLATS LLC et al]

[ ]   (**BY ELECTRONIC SERVICE**) (CCP § 1010.6(a)(4)) , I caused the document(s) to be transmitted electronically from ibrown@wrightlegal.net to the e-mail address(es) indicated herein. To the best my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

[X]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]    (Federal) I declare under penalty of perjury under the laws of the United States of

Executed on July 24, 2024, at Newport Beach, California.

_____
Iryna Brown

3
NOTICE OF SETTLEMENT CONFERENCE UPDATE TO COURT