

*Via ECF electronic delivery* only

**DATED: JULY 24, 2024**
**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com  |

*RE:   **FURTHER EVIDENCE THAT JUDGE SALLIE KIM FAILED TO ACT AS SETTLEMENT MEDIATOR - MARTIN ENG LEE'S SETTLEMENT CONFERENCE DATED JULY 23, 2024, 3:22-cv-05686-LB Lombard Flats LLC et al v. JP Morgan Chase Bank N.A. et al.,***

**To: JUDGE SALLIE KIM**

**Honorable Judge:**

**Further Evidence that you failed to properly mediate and settle the dispute yesterday 07/24/2024. The client, Plaintiff Martin Lee Eng, is seeking a professional mediator today – because you left the conference room without informing us whether the conference was over or not. The case was about to settle in a positive manner.**



**ME**                                                                                                                                                 **6:37 PM (1 hour ago)**

**to Reshma, Kristina, Arnold, SaveIt**

**I am exploring 1.5 hours of a professional mediator, who is an expert of SF rent laws, foreclosure laws, landlord liability, deed of trust assignment…**
**That could be beneficial to Fay too.**

**If you undertake a responsibility as a settlement judge, you must provide us sufficient time to settle and not end the settlement conference minutes before the noon hour leaving us without any inkling as to whether the matter would reconvene in the afternoon.**

**As much as it is the client's right to have an external mediator, you could have kept the dialogue open in the afternoon for the matter to resolve – but you failed to.**

**You cannot just give White people concessions – you have to offer the same to non-White people. As a woman of color, you have a responsibility. You also cannot make White attorneys win cases of people of color – and not extend that same right to women of color attorneys – without a White attorney alongside.**

**All this is the CAND judicial officers' unprofessionalism and not serving the people of California while leaching the State of California of vital resources.**

*Sincerely,*

*Reshma Kamath*

***Reshma Kamath,***
***Counsel.***