

*Via ECF electronic delivery* only

**DATED: JULY 28, 2024**

**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 | E-mail: reshmakamath2021@gmail.com |

*RE:* <u>*FURTHER EVIDENCE OF JUDGE SALLIE KIM'S RACISM.*</u>

**To: Judge Sallie Kim:**

Please see attached.


No admonishment from Judge Sallie Kim when opposing attorney, Kristina Pelletier, of White ethnic background, does not appear at the initial scheduling conference and then needed a reminder, a phone-call from the court to appear.

Also, after Kristina Pelletier appear late, unilateral grant for the Defendants' PMK, client, White Male, to appear remotely.

This is purely RACISM.


*Sincerely,*

*Reshma Kamath*

**Reshma Kamath,**
**Counsel.**

# EXHIBIT A

Law Office of Reshma Kamath

Contact Information:
Law Office of Reshma Kamath
700 El Camino Real, Suite #120-1084, Menlo Park, CA 94025 | 650 257 0719 | reshmakamath2021@gmail.com |
www.myinstalawyer.com |
www.linkedin.com/in/globalcitizenwithjd/

Rising Stars 2023
Elite Lawyers 2022 2023
Lawyers of Distinction 2023
Best Lawyers 2024

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Wed, May 8, 2024, 11:10 Reshma Kamath <reshmakamath2021@gmail.com> wrote:

> Thank you, Judge Kim. I'll confer with Ms. Pelletier and get some additional dates for you.
>
>
> Sincerely,
>
> Reshma Kamath, Counselor-at-Law
> Law Office of Reshma Kamath
>
> Contact Information:
> Law Office of Reshma Kamath
> 700 El Camino Real, Suite #120-1084, Menlo Park, CA 94025 | 650 257 0719 | reshmakamath2021@gmail.com |
> www.myinstalawyer.com |
> www.linkedin.com/in/globalcitizenwithjd/
>
> Rising Stars 2023
> Elite Lawyers 2022 2023
> Lawyers of Distinction 2023
> Best Lawyers 2024
>
> CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

> On Wed, May 8, 2024, 10:09 Sallie Kim <Sallie_Kim@cand.uscourts.gov> wrote:
>
>> Dear Ms. Kamath – I am not available on any of the dates you mention in July. Please meet and confer with opposing counsel about three additional dates in July that you both can attend. Then, when you have those three dates, you can email them to me at SKSettlement@cand.uscourts.gov.

Sallie Kim

[EXTERNAL This email originated outside the network. Please use caution when opening any attachments or responding to it.]

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                    Thu, May 9, 2024 at 12:31 PM
To: "Kristina M. Pelletier" <kpelletier@wrightlegal.net>
Cc: Sallie Kim <Sallie_Kim@cand.uscourts.gov>, Brenda Lopez <Brenda_Lopez@cand.uscourts.gov>, SaveIt
<SaveIt@wrightlegal.net>
Bcc: ABC XYZ <eagle5555@live.com>

Judge Kim,

It would help if you have some availability oer your schedule for July 2024 provided to us.

Ms. Pelletier only responds to Plaintiff when a judicial officer is involved.

[Quoted text hidden]
[Quoted text hidden]

---

**4 attachments**


image001.gif
3K


image002.png
16K


image001.gif
3K


image002.png
16K

---

**Kristina M. Pelletier** <kpelletier@wrightlegal.net>                    Thu, May 9, 2024 at 12:36 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: Sallie Kim <Sallie_Kim@cand.uscourts.gov>, Brenda Lopez <Brenda_Lopez@cand.uscourts.gov>, SaveIt
<SaveIt@wrightlegal.net>

Ms. Kamath,

Your correspondence is not only incorrect, but it is inappropriate. We should not be wasting the court's time on this until alternative dates are agreed upon. I will reach out to you separately with additional dates of availability.

[Quoted text hidden]

---

**Sallie Kim** <Sallie_Kim@cand.uscourts.gov>                    Thu, May 9, 2024 at 12:58 PM
To: "Kristina M. Pelletier" <kpelletier@wrightlegal.net>, Reshma Kamath <reshmakamath2021@gmail.com>
Cc: Brenda Lopez <Brenda_Lopez@cand.uscourts.gov>, SaveIt <SaveIt@wrightlegal.net>

Dear Counsel – I am concerned about the emails and thus will set another scheduling conference.

Ms. Kamath – Please make sure you know before the scheduling call of the dates that your client can or cannot attend a settlement conference.


Best regards – Sallie Kim

---

**From:** Kristina M. Pelletier <kpelletier@wrightlegal.net>
**Sent:** Thursday, May 9, 2024 12:36 PM
**To:** 'Reshma Kamath' <reshmakamath2021@gmail.com>
**Cc:** Sallie Kim <Sallie_Kim@cand.uscourts.gov>; Brenda Lopez <Brenda_Lopez@cand.uscourts.gov>; SaveIt <SaveIt@wrightlegal.net>
**Subject:** RE: WFZ Matter 288-20242067 - Lombard Flats LLC v. Fay


**CAUTION - EXTERNAL:**

[Quoted text hidden]


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                          Thu, May 9, 2024 at 1:00 PM
To: "Kristina M. Pelletier" <kpelletier@wrightlegal.net>
Cc: Sallie Kim <Sallie_Kim@cand.uscourts.gov>, Brenda Lopez <Brenda_Lopez@cand.uscourts.gov>, SaveIt <SaveIt@wrightlegal.net>
Bcc: ABC XYZ <eagle5555@live.com>

Ms. Pelletier:

Then, you shouldn't be cc'ing the court either wasting my time and the court's. Moreover, you were late to the CMC, you failed to confer upon an ADR judge, and your filing was late, too. Attached proof of your non-responsiveness and ex-parte communication with Plaintiff.

As far as the judge is concerned, unilaterally just addressing late-arrival "Ms. Pelletier" during the entire scheduling conference is testament to on-going CAND's racism.

[Quoted text hidden]
[Quoted text hidden]

---

**3 attachments**

 **image001.gif**
3K

 **image002.png**
16K



**Screenshot_20240509-125756.png**
395K

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                                    Thu, May 9, 2024 at 1:03 PM
To: Sallie Kim <Sallie_Kim@cand.uscourts.gov>
Cc: "Kristina M. Pelletier" <kpelletier@wrightlegal.net>, Brenda Lopez <Brenda_Lopez@cand.uscourts.gov>, SaveIt
<SaveIt@wrightlegal.net>
Bcc: ABC XYZ <eagle5555@live.com>

Judge Kim,

You failed to provide admonishment to Defendant's attorney, Ms. Pelletier.

You also forced me to pick an ADR date making expressions and interrupting me each time I spoke.

Please ensure that you don't force parties to pick an ADR hearing date when they're not available.

Please take the current hearing off-calendar.

Plaintiffs will not accommodate virtual appearance from Defendants' PMK.

Thank you.
[Quoted text hidden]
[Quoted text hidden]

---

**4 attachments**

  **image001.gif**
3K

  **image002.png**
16K

  **image001.gif**
3K

  **image002.png**
16K

---

**Kristina M. Pelletier** <kpelletier@wrightlegal.net>                              Thu, May 9, 2024 at 1:04 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: Sallie Kim <Sallie_Kim@cand.uscourts.gov>, Brenda Lopez <Brenda_Lopez@cand.uscourts.gov>, SaveIt
<SaveIt@wrightlegal.net>

Ms. Kamath,

To the extent Judge Kim would like to address the issues below, I will reserve my response for the continued scheduling conference.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

4665 MacArthur Court, Suite 200
Newport Beach CA 92660
(949) 477-5054 Direct

(949) 477-5050 Main Ext. 3025

(949) 608-9142 Fax

kpelletier@wrightlegal.net

**Wright, Finlay & Zak: Your Western**

**Regional Counsel for California, Nevada,**

**Arizona, Washington, Oregon, Utah, New**

**Mexico, Montana, Hawaii, Idaho, and**

**South Dakota**

For escalated communications on matters, please contact the associate's supervising attorney, Robert Finlay at rfinlay@wrightlegal.net and (949) 477-5056.

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. **IF YOU ARE A CONSUMER AND WISH TO OPT OUT OF EMAIL COMMUNICATIONS REGARDING YOUR DEBT, PLEASE REPLY TO THIS EMAIL WITH "OPT OUT."**

Confidentiality Note: The information contained in this
email is privileged and confidential and is intended
only for the use of the individual or entity named If the
reader of this email is not the intended recipient, you
are hereby notified that any distribution or copy of this
email is strictly prohibited. If you have received this
email in error, please notify the sender by telephone
immediately at (949) 477-5052 and arrangements will
be made for the return of this material. Thank You.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                    Thu, May 9, 2024 at 1:06 PM
To: "Kristina M. Pelletier" <kpelletier@wrightlegal.net>
Cc: Sallie Kim <Sallie_Kim@cand.uscourts.gov>, Brenda Lopez <Brenda_Lopez@cand.uscourts.gov>, SaveIt
<SaveIt@wrightlegal.net>
Bcc: ABC XYZ <eagle5555@live.com>

It seems Ms. Pelletier never learns not to 'cc the court.

Judge Kim,



I understand you have to support White attorneys in your position. But I don't tolerate it.
Please refrain from making it sound like I did something wrong when I didn't.



The client was on the call and you failed to provide us an opportunity to confer based on your attitude.

Thank you.
[Quoted text hidden]
[Quoted text hidden]

---

**2 attachments**

WRIGHTFINLAY&ZAK LLP
ATTORNEYS AT LAW          **image001.gif**
                         3K

certified WBENC
WOMEN'S BUSINESS ENTERPRISE   NAMWOLF
                              LAW FIRM MEMBER    **image002.png**
                                                16K