**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

Counsel for Plaintiffs,
**LOMBARD FLATS, LLC, NEW OWNER'S GROUP, and MARTIN ENG LEE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN ENG; LOMBARD FLATS, LLC; and NEW OWNERS GROUP, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> JP MORGAN CHASE BANK, N.A. FAY SERVICING, LLC and DOES 1-100, Inclusive, <br><br> Defendant(s). | Case Number: 3:22-cv-05686-LB <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - EXHIBITS A AND B IN SUPPORT OF PLAINTIFFS MARTIN LEE ENG, LOMBARD FLATS LLC and NEW OWNERS GROUP LLC'S OPPOSITION AGAINST THE DEFENDANT FAY SERVICING INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND/OR IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION ON ANY AND ALL CLAIMS IN COMPLAINT; MEMORANDUM OF POINTS & AUTHORITIES; SANCTIONS REQUESTED IN THE AMOUNT OF $6,758 AGAINST DEFENDANT FAY SERVICING, INC. AND ITS ATTORNEY, KRISTINA M. PELLETIER.** <br><br> **Dated: August 15, 2024** <br> **Judge: Hon. Laurel Beeler** <br> **Appearance: TBA/Remote.** |

Plaintiffs MARTIN LEE ENG, LOMBARD FLATS LLC and NEW OWNER'S GROUP LLC filed an opposition to the motion for summary judgment.

For this, in support of, "EXHIBITS A AND B IN SUPPORT OF PLAINTIFFS MARTIN LEE ENG, LOMBARD FLATS LLC and NEW OWNERS GROUP LLC'S OPPOSITION AGAINST THE DEFENDANT FAY SERVICING INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND/OR IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION ON ANY AND ALL CLAIMS IN COMPLAINT; MEMORANDUM OF POINTS & AUTHORITIES; SANCTIONS REQUESTED IN THE AMOUNT OF $6,758 AGAINST DEFENDANT FAY SERVINCING, INC. AND ITS ATTORNEY, KRISTINA M. PELLETIER."

There are <u>confidential documents</u> there that Plaintiffs MARTIN LEE ENG, LOMBARD FLATS LLC and NEW OWNER'S GROUP LLC wants to keep <u>under seal.</u>

Undersigned counsel, RESHMA KAMATH, prepared the opposition, objection, declaration and the exhibits. Earlier today, counsel electronically-served the exhibits A and B, LB CRD lbcrd@cand.uscourts.gov, "Kristina M. Pelletier" kpelletier@wrightlegal.net

> CAND 3:22-cv-05686-LB Lombard Flats LLC et al v. JP Morgan Chase Bank N.A. et al
>
> Reshma Kamath <reshmakamath2021@gmail.com>     6:00 PM (7 minutes ago)
> to LB, Kristina, ABC
>
> EXHIBITS A AND B IN SUPPORT OF PLAINTIFFS MARTIN LEE ENG, LOMBARD FLATS LLC and NEW OWNERS GROUP LLC'S OPPOSITION AGAINST THE DEFENDANT FAY SERVICING INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND/OR IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION ON ANY AND ALL CLAIMS IN COMPLAINT; MEMORANDUM OF POINTS & AUTHORITIES; SANCTIONS REQUESTED IN THE AMOUNT OF $6,758 AGAINST DEFENDANT FAY SERVICING, INC. AND ITS ATTORNEY, KRISTINA M. PELLETIER.
>
> Please see attached in conjunction with Opposition to MSJ - I want to file it under seal - I tried in a sealed case and it accepted something. All parties and counsel are served.
>
> Sincerely,
> Reshma Kamath
>
> **Law Office of Reshma Kamath**
> Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction
> Address: Law Office of Reshma Kamath
> 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
> Phone: 650 257 0719 | E-mail: reshmakamath2021@gmail.com |
> LinkedIn: www.linkedin.com/in/globalcitizenwithjd/ |
> Website: www.myinstalawyer.com |

1  Plaintiffs MARTIN LEE ENG, LOMBARD FLATS LLC and NEW OWNER'S GROUP
2  LLC request the grant of the e-mailed Exhibit A and B filing under seal.

3  DATED: July 22, 2024,                    LAW OFFICE OF RESHMA KAMATH

                                            /S/ Reshma Kamath

                                            RESHMA KAMATH,
                                            Counsel for, Plaintiffs MARTIN LEE ENG,
                                            LOMBARD FLATS LLC and NEW
                                            OWNER'S GROUP LLC



IT IS SO ORDERED
Judge Laurel Beeler