**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

Counsel for Plaintiffs,
**LOMBARD FLATS, LLC, NEW OWNER'S GROUP, and MARTIN ENG LEE**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN ENG; LOMBARD FLATS, LLC; and NEW OWNERS GROUP, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> JP MORGAN CHASE BANK, N.A. FAY SERVICING, LLC and DOES 1-100, Inclusive, <br><br> Defendant(s). | Case Number: 3:22-cv-05686-LB <br><br> **PLAINTIFFS' COUNSEL'S REQUEST TO APPEAR REMOTELY ON AUGUST 29, 2024** <br><br><br><br><br><br><br><br> **Dated: August 29, 2024** <br> **Judge: Hon. Laurel Beeler** <br><br> ACTION FILED:  08/30/2022 <br> REMOVED:        10/3/2022 <br> FAC FILED:         4/28/2023 <br> SAC FILED:         8/7/2023 |

**Plaintiffs' counsel is out-of-the-country indefinitely.**

**Thus, Plaintiffs' counsel requests a remote appearance via Zoom if argument is required.**

**If not, Plaintiffs' counsel will have to retain a specially-appearing attorney if in-person appearance is mandatory.**

**Plaintiffs requests supplemental argument briefing, on the issues of FDCPA and RFDCPA, of five-pages. This is only on the substantive matter, not the bankruptcy issue pertaining to the two causes of action pending.**

**DATED: AUGUST 08, 2024**　　　　　　　　**LAW OFFICE OF RESHMA KAMATH**

*/s/ Reshma Kamath*

**COUNSEL FOR PLAINTIFFS.**