**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

Counsel for Plaintiffs,
**LOMBARD FLATS, LLC, NEW OWNER'S GROUP, and MARTIN ENG LEE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN ENG; LOMBARD FLATS, LLC; and NEW OWNERS GROUP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A. FAY SERVICING, LLC and DOES 1-100, Inclusive,<br><br>Defendant(s). | Case Number: 3:22-cv-05686-LB<br><br>**PLAINTIFFS' NOTICE *RE* DEADLINE TO FILE SUPPLEMENTAL BRIEFING.**<br><br>**Dated: August 29, 2024**<br>**Judge: Hon. Laurel Beeler**<br>**Appearance: Hybrid/Remote.** |

1  Plaintiffs MARTIN LEE ENG, LOMBARD FLATS LLC and NEW OWNER'S GROUP
2  LLC request that the Plaintiffs' five-page supplement be filed on or before August 16, 2024.
3  Undersigned counsel, RESHMA KAMATH, had a Ch. 11 creditor's meeting in the
4  Central district of California that went much past noon district of California that went much past
5  noon-tentative deadline of the court. If this court agrees then the Defendant FAY SERVICING,
6  LLC's deadline could be set a week thereafter on August 23, 2024.

DATED: August 09, 2024,                LAW OFFICE OF RESHMA KAMATH

                                       /S/ Reshma Kamath

                                       RESHMA KAMATH,
                                       Counsel for, Plaintiffs MARTIN LEE ENG,
                                       LOMBARD FLATS LLC and NEW
                                       OWNER'S GROUP LLC