UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOMBARD FLATS LLC, et al.,<br>Plaintiffs,<br>v.<br>FAY SERVICING LLC, et al.,<br>Defendants. | Case No. 22-cv-05686-LB   (SK)<br><br>**ORDER IMPOSING SANCTIONS ON ATTORNEY RESHMA KAMATH**<br><br>Regarding Docket No. 129 |

On May 16, 2024, the Court set a settlement conference for July 23, 2024, at 9:30 a.m., to be held in person, in the courthouse located at 450 Golden Gate Avenue, San Francisco, California. (Dkt. No. 116.) On July 22, 2024, the Court denied Plaintiff's request to appear remotely at the settlement conference. (Dkt. No. 120.) Plaintiff's counsel, Reshma Kamath, then filed on the docket several documents objecting to the orders requiring personal appearance at the settlement conference and noting that Plaintiff's counsel would not appear in person. (Dkt. Nos. 121, 127.)

The settlement conference took place on July 23, 2024. Plaintiff appeared in person, but Plaintiff's counsel, Reshma Kamath, did not. Nonetheless, the Court held the settlement conference with Plaintiff's counsel, Reshma Kamath, appearing via Zoom. The matter did not settle.

On July 24, 2024, the Court issued an Order to Show Cause, ordering Plaintiff's counsel, Reshma Kamath, to show cause why she should not be sanctioned in the amount of $1,000 for violating the Court's Order requiring personal appearance at the settlement conference. (Dkt. No. 129.) The Court required a response by July 31, 2024. Plaintiff's counsel filed two documents on July 24, 2024, and July 28, 2024. (Dkt. Nos. 131, 135.) Neither document provided a reasonable explanation for violating the Court's orders but instead contained incomprehensible insults and

1  accusations.

2  Thus, the Court IMPOSES SANCTIONS on Plaintiff's counsel, Reshma Kamath, in the
3  amount of $1,000.  This amount shall be paid personally by Plaintiff's counsel.

4  **IT IS SO ORDERED**.

5  Dated: August 20, 2024



SALLIE KIM
United States Magistrate Judge

2