

*Via ECF electronic delivery* only

**AUGUST 2024.**

**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084,  Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com   |
**COUNSEL.**

RE:   <u>**SALLIE KIM'S LIGHT-SKIN PROWESS**</u>

As each Racist Judge wakes up from their deep slumber, prancing around the hallways of the CAND courthouse, and decides in their fit of temper and tantrums, that today is the day they want to impose sanctions upon Reshma Kamath, my reply is only: shove it up you know where. Never will I be paying any penny of racist sanctions to reiterate to the delusional judges.

*Sincerely,*

*Reshma Kamath*

***Reshma Kamath, Counsel***